O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1910-VAP (PJWx)                    Date:  February 5, 2009

Title:     THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR CHASE MORTGAGE FINANCE TRUST SERIES 2007-A-1  -v- ANNA MONGE; and DOES 1 to 10, Inclusive

================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING CASE TO RIVERSIDE SUPERIOR COURT TEMECULA BRANCH TEU003915 (IN CHAMBERS)

   Defendant has failed to respond to the Court's Order to Show Cause, entered on January 21, 2009.  The Court does not have federal subject matter jurisdiction over the claims asserted in this case.  Accordingly, the Court REMANDS the action to the Superior Court of California, Riverside County.

   **IT IS SO ORDERED.**